# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **VTT MANAGEMENT, INC.,**       ) | |
| )  | |
| Plaintiff,                     ) | |
| )  | |
| v.                                  ) | Case No. CIV-17-767-G |
| )  | |
| **FEDERAL INSURANCE COMPANY,** ) | |
| )  | |
| Defendant.                    ) | |

**ENTER ORDER:**

The settlement conference was held on March 12, 2019, before Magistrate Judge Suzanne Mitchell. Steven Mansell appeared as trial counsel for Plaintiff. Joseph Ziemianski appeared as trial counsel for Defendant.

   X      The case did settle.

By direction of Magistrate Judge Suzanne Mitchell, we have entered the above enter order.

                                      Carmelita R. Shinn, Clerk

                                  By:   s/Lesa Boles
                                                Deputy Clerk